FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT THOMPSON and JANELLE THOMPSON, a married couple,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES BAKERY, INC., d/b/a FRANZ FAMILY BAKERIES, an Oregon Corporation; and OCCUPATIONAL HEALTH SOLUTIONS, INC., a Washington Corporation,<br><br>    Defendants. | No. 2:20-CV-00102-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulation to Dismiss with Prejudice, ECF No. 20. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

    Accordingly, **IT IS HEREBY ORDERED:**

    1. The parties' Stipulation to Dismiss with Prejudice, ECF No. 20, is **GRANTED**.

**ORDER DISMISSING CASE** * 1

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 1st day of December 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE** * 2